IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: APPOINTMENT OF MERIT SELECTION PANEL | ) ) ) ) ) |

**ORDER**

Pursuant to the statutes and regulations governing the reappointment and appointment of magistrate judges and effective today's date, the following are hereby appointed to serve on the Merit Selection Panel to receive and review all applications for the position of United States Magistrate Judge for the District of South Carolina at Charleston, South Carolina:

Matthew Hubbell, Esq.
Chairperson
7 State Street
Charleston, SC 29401

Bruce A. Byrholdt, Esq.
Byrholdt & Drawdy
2315 North Main Street
Suite 117
Anderson, SC 29621

Mr. Horace Curry, Jr.
1253 Brookside Drive
Hanahan, SC 29410

Donald Gist, Esq.
4400 North Main Street
Columbia, SC 29203

Richard Harpootlian, Esq.
Richard Harpootlian, P.A.
1410 Laurel Street
Columbia, SC 29202

Janet Brooks Holmes, Esq.
McKay Cauthen, *et al.*
Post Office Box 7217
Columbia, SC 29202

Mark Moore, Esq.
Nexsen Pruet, *et al.*
1230 Main Street, Suite 700
Columbia, SC 29201

Alice F. Paylor, Esq.
Rosen, Rosen & Hagood, LLC
Post Office Box 893
Charleston, SC 29402

Mr. Jeryl S. Salmond
Senior Vice President
Morgan Stanley
1320 Main Street
Suite 800
Columbia, SC 29201

Giles M. Schanen, Jr., Esq.
Nelson Mullins, *et al.*
Post Office Box 10084
Greenville, SC 29603

Michael S. Seekings, Esq.
Leath Bouch Law Office
92 Broad Street
Charleston, SC 29401

By September 22, 2014, the Merit Selection Panel must submit to the Judges of this Court its report recommending, in confidence, the five (5) most qualified applicants for the position of United States Magistrate Judge for the District of South Carolina at Charleston, South Carolina.

AND IT IS SO ORDERED.

FOR THE COURT:

*Terry L. Wooten* (signature)

Terry L. Wooten, Chief Judge
United States District Court for the
District of South Carolina

June 24, 2014
Columbia, South Carolina